# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
|  | CHAPTER 7 |
| In Re: | Bankruptcy No. |
| George B. Murphy | 10–00168 |
| Brenda D. Murphy |  |
| Debtor(s) |  |

## ORDER REOPENING CASE

A Motion to Reopen having been filed on August 30, 2010 and the fee having been paid;

IT IS THEREFORE ORDERED this Chapter 7 case is reopened.

DATED and ENTERED August 31, 2010

William L. Edmonds
Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0862-5          User: sgre              Page 1 of 1            Date Rcvd: Aug 31, 2010
Case: 10-00168                Form ID: oreopcs        Total Noticed: 1

The following entities were noticed by first class mail on Sep 02, 2010.
db/jdb       +George B. Murphy,   Brenda D. Murphy,   2119 S. Cleveland,   Sioux City, IA 51106-2917

The following entities were noticed by electronic transmission.
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 02, 2010**   **Signature:** _Joseph Speetjens_